# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DADRAIN DANTWONE BANKS**                                                **PLAINTIFF**

v.                    **Case No. 4:19-cv-00596 KGB/JTR**

**BRIGGS, Major, Pulaski County Jail,** *et al*.                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Dadrain Dantwone Banks's complaint and amended complaint, along with its addendum, are dismissed without prejudice (Dkt. Nos. 2, 16, 18). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so adjudged this the 4th day of February, 2021.

_____
Kristine G. Baker
United States District Judge